IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY ALTENBACH,<br>　　　Plaintiff, | : <br> :　Civil Action No. 3:14-cv-2431 <br> : |
| v. | : 　(Judge Mariani) <br> : |
| DAVE LINK, *et al.*,<br>　　　Defendants. | : <br> : |

## ORDER

**AND NOW**, this 15th day of October, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion to appoint counsel, (Doc. 17), is **DENIED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　／s／ Robert D. Mariani
　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　United States District Judge