**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GREGORY ALTENBACH,         :
                                     :
         Plaintiff           :       Civil Action No. 3:14-cv-2431
                                     :
    v.                               :       (Judge Mariani)
                                     :
DAVE LINK, *et al.*,           :
                                     :
         Defendants      :

## ORDER

**AND NOW**, this ___15TH___ day of January, 2016, in accordance with the Court's

Memorandum of the same date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1.     The parties shall confer in good faith regarding all outstanding discovery issues within thirty (30) days of the date of this Order.

2.     Within ten (10) days following the conclusion of the parties' conference, each party shall file a separate status report with the Court adhering to the standards set forth in the Court's Memorandum of this date.

3.     The motion (Doc. 22) to compel discovery filed on April 13, 2015 is **DENIED** as premature.

4.     The motions (Docs. 31, 37, 49) to compel discovery filed on September 24, 2015, October 13, 2015 and November 9, 2015 are **DENIED** without prejudice.

5.     The motion (Doc. 34) for extension of time to continue discovery is **DENIED** without prejudice.

6.     The motion (Doc. 43) for oral argument to resolve discovery disputes is **DENIED** without prejudice.

7.     The petition for writ of habeas corpus ad testificandum (Doc. 42) is **DENIED**

without prejudice.

Robert D. Mariani
United States District Judge

2