# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY ALTENBACH, | : | Civil No. 3:14-cv-2431 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DAVE LINK, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 24th day of November, 2017, for the reasons set forth in the Court's memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 94) to dismiss is **GRANTED**.

2. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge